JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARLOS A. CANIZALES,

                    Plaintiff,

          v.

FRANK BISIGNANO,
Commissioner of Social Security,

                    Defendant.

Case No. 2:24-cv-09972-SK

**JUDGMENT**

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

Date: <u>March 6, 2026</u>

STEVE KIM
United States Magistrate Judge