Roger D. Drake (SBN 237834)
CARTER CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@cartercullen.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CARLOS C.                            )
                                     )   CASE NO.: 2:24-cv-09972-SK
        Plaintiff,                   )
                                     )
v.                                   )   ORDER
                                     )   AWARDING EAJA FEES AND COSTS
FRANK BISIGNANO,                     )
Commissioner of Social Security,     )
                                     )
                                     )
        Defendant.                   )
                                     )
_____        )

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($5,700.00) and $405 in costs subject to the terms of the stipulation.

DATED: __March 13, 2026__        _____
                                 HON. STEVE KIM
                                 UNITED STATES MAGISTRATE JUDGE

-1-